DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 191P16 | Owen D. Leavitt v. State of North Carolina | 1. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **05/19/2016** |
| | | 2. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-977) | 2. Dismissed |
| | | 3. Petitioner's *Pro Se* Motion for PDR | 3. Dismissed |
| | | 4. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 4. Allowed |
| | | 5. Petitioner's *Pro Se* Motion to Reconsider Denial of Petition for *Writ of Habeas Corpus* | 5. Denied **06/01/2016** |
| 192P16 | Owen D. Leavitt v. State of North Carolina | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Alexander County | 1. Dismissed |
| | | 2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 193P16 | State v. Calvin Renard Carter | 1. State's Motion for Temporary Stay (COA15-1234) | 1. Allowed **05/24/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 194A16 | State v. Michael Antonio Bullock | 1. State's Motion for Temporary Stay (COA15-731) | 1. Allowed **05/23/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 199PA15 | State v. Brent Tyler Miller | Def's Motion to Vacate Bill of Costs | Special Order |
| 199P16 | State v. Joseph M. Romano | 1. State's Motion for Temporary Stay (COA15-940) | 1. Allowed **05/24/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 200P16 | North Carolina State Bar v. Dianne Michele Carter El Bey v. State of North Carolina, Paul G. Gessner, Individually and as Judge, North Carolina State Bar, David R. Johnson, Individually and as Judge, and Jennifer Knox, Individually and as Clerk | Def's *Pro Se* Motion for Writ of Prohibition for Usurpation of Power | Dismissed **06/07/2016** **Ervin, J., recused** |